STATE OF NEW JERSEY v. LAWRENCE O. ADAIR.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CLAUDIUS EARL JONES.

July 2, 1982.

Petition for certification denied.

MARILYN ELIA v. ALFRED A. ALESSI, M.D.

July 2, 1982.

Petition for certification denied.

MICHAEL RYAN v. JACUZZI WHIRLPOOL BATH, INC.

July 2, 1982.

Petition for certification denied.

MARIA GAYDOS v. TIMOTHY GAYDOS.

July 2, 1982.

Petition for certification denied.